**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRITTANY O, as parent and                                                    PLAINTIFF
next friend of L

v.                                      No. 4:14CV00135 JLH

BENTONVILLE SCHOOL DISTRICT, et al.                          DEFENDANTS

## <u>ORDER OF TRANSFER</u>

Pursuant to the Opinion and Order entered separately today, the Clerk is directed to transfer

this action to the Western District of Arkansas.

IT IS SO ORDERED this 22nd day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE